ACCEPTED
14-14-00142-cr
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
1/28/2015 4:52:09 PM
CHRISTOPHER PRIN
CLERK

# GERALD E. BOURQUE

**ATTORNEY AT LAW**

FILED IN
14TH COURT OF APPEALS
HOUSTON, TEXAS
1/28/2015 4:52:09 PM
CHRISTOPHER A. PRINE
Clerk

24 WATERWAY AVE., SUITE 660, THE WOODLANDS, TEXAS 77380
Office (713) 862-7766
Facsimile (832) 813-0321
www.geraldebourque.com

January 28, 2015

Fourteenth Court of Appeals
301 Fannin, Suite 245
Houston, Texas 77002

      RE:    Oral Argument
             *State v. Rogelio Aviles-Barroso, #14-14-00142-CR*

Dear Court of Criminal Appeals:

    Attorney Holly Kuchera will appear for Appellant Rogelio Aviles-Barroso at oral

argument in the above-styled case.

                    Sincerely,

                    /s/ Gerald E. Bourque /s/